Thomas B. High, ISB No. 2430
Bren E. Mollerup, ISB No. 7959
BENOIT, ALEXANDER,
HARWOOD & HIGH, L.L.P.
126 Second Avenue North
P.O. Box 366
Twin Falls, Idaho 83303-0366
Telephone: (208) 733-5463
Attorneys for Defendant
(15950\Corporate Disclosure Statement\BEM\ka)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

* * * * *

| | |
|---|---|
| MICHAEL S. CROWDER, ) | Case No. 1:11-cv-372-S-LMB |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT WEST ASSET** |
| v. ) | **MANAGEMENT, INC.'S FEDERAL** |
| ) | **RULE 7.1(a) CORPORATE** |
| WEST ASSET MANAGEMENT, INC., ) | **DISCLOSURE STATEMENT** |
| ) | |
| Defendant. ) | |
| ) | |

* * * * *

NOW COMES the Defendant, West Asset Management, Inc. ("WAM"), through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

West Asset Management, Inc., a Delaware corporation with its principal place of business in Atlanta, GA, is a wholly owned subsidiary of West Receivable Services, Inc, which is a

DEFENDANT WEST ASSET MANAGEMENT, INC.'S FEDERAL RULE
7.1(a) CORPORATE DISCLOSURE STATEMENT - 1

wholly owned subsidiary of the parent corporation, West Corporation. No publicly held corporation owns 10% or more of West Corporation stock.

DATED this 7th day of September, 2011.

                         BENOIT, ALEXANDER, HARWOOD
                         & HIGH, L.L.P.

                         By_____
                                 Bren E. Mollerup
                                 Attorneys for Defendant

### CERTIFICATE OF SERVICE

The undersigned, a resident attorney of the State of Idaho, with offices at 126 Second Avenue North, Twin Falls, Idaho, certifies that on the 7th day of September, 2011, he caused a true and correct copy of the **DEFENDANT WEST ASSET MANAGEMENT, INC.'S FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** to be forwarded with all required charges prepaid, by the method(s) indicated below, to the following:

| | |
|---|---|
| Michael S. Crowder | Hand Delivered ☐ |
| P.O. Box 15911 | U.S. Mail ☒ |
| Boise, ID 83715-5911 | Fax ☐ |
| **(Plaintiff – Pro Se)** | Fed. Express ☐ |

_____
Bren E. Mollerup

DEFENDANT WEST ASSET MANAGEMENT, INC.'S FEDERAL RULE
7.1(a) CORPORATE DISCLOSURE STATEMENT - 2